# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROD R. LATINA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:11-cv-01453-SKO<br><br>**ORDER TO FILE EXECUTED SUMMONS OR WAIVER OF SERVICE OF PROCESS** |

　　　Plaintiff Jerod R. Latina filed a complaint on August 29, 2011. While a summons was issued on August 29, 2011 (Doc. 4), no executed summons has been filed. Within 10 days of the date of this order, Plaintiff shall file a document indicating the date that service of the complaint and the summons was accomplished or a document indicating that waiver of service of process has been executed.

IT IS SO ORDERED.

**Dated:　October 21, 2011**　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE