1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JEROD R. LATINA, | Case No.: 1:11-cv-01453-SKO |
| | |
| Plaintiff, | **ORDER TO FILE EXECUTED SUMMONS OR WAIVER OF SERVICE OF PROCESS** |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

11
12
13
14
15
16
17
18

19        Plaintiff Jerod R. Latina filed a complaint on August 29, 2011.  While a summons was issued

20   on August 29, 2011 (Doc. 4), no executed summons has been filed.  Within 10 days of the date of

21   this order, Plaintiff shall file a document indicating the date that service of the complaint and the

22   summons was accomplished or a document indicating that waiver of service of process has been

23   executed.

24

25   IT IS SO ORDERED.

26   **Dated:    October 21, 2011                        /s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

27
28